### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**LINDSEY N. SNAY,**                                          CASE NO. 3:25 CV 868

      Plaintiff,

      v.                                                          JUDGE JAMES R. KNEPP II

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.                                          **MEMORANDUM OPINION AND ORDER**

Plaintiff Lindsey N. Snay seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Jonathan D. Greenberg for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(1). Judge Greenberg recommends this Court affirm the Commissioner's final decision. (Doc. 11).

Under the relevant statute:

> Within fourteen days after being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984) (citing *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981)); Loc. Civ. R. 72.3(b).

In this case, the fourteen-day time period has passed and no objections have been filed.

Therefore, the Court ADOPTS Judge Greenberg's R&R (Doc. 11) as the Order of this Court and AFFIRMS the Commissioner's final decision.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2026